THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE YOUNGBLOOD, Appellant. [851 NYS2d 873]—

The People met their burden of establishing, by clear and convincing evidence, risk factors bearing a sufficient total point score to support a level three sex offender adjudication. The record supports the court's assessments relating to forcible compulsion, substance abuse history, and conduct while confined. Concur—Mazzarelli, J.P., Saxe, Gonzalez and Acosta, JJ.